[No. 14827-1-III.   Division Three.   March 21, 1996.]

*In the Matter of the Marriage of* KENNETH EUGENE
McLEAN, *Appellant, and* TERRI L. McLEAN,
*Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 94-3-00038-3, Wallis W. Friel, J., entered March 30, 1995. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 17236-4-II.   Division Two.   March 22, 1996.]

R.V. ASSOCIATES, *Appellant,* v. SILVERDALE MOBILE
ESTATES, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-00393-2, M. Karlyn Haberly, J., entered June 7, 1993. *Reversed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Bridgewater, J., and Fleisher, J. Pro Tem.

[No. 17796-0-II.   Division Two.   March 22, 1996.]

MARILEE PETERSON, *as Guardian, Appellant,* v.
ALLSTATE INSURANCE COMPANY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-02043-6, James D. Roper, J., entered November 24, 1993. *Reversed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J. Pro Tem.

[No. 17935-1-II.   Division Two.   March 22, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
JOSEPH NATION, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00588-9, Milton R. Cox, J., entered December 29, 1993. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Wiggins, J. Pro Tem., and Fleisher, J. Pro Tem.